## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Sylvan & Jeannette Jutte, | Adv. Proc. Case No. 19-50308 (JKS) |
| Brian & Robin Korkus, | Adv. Proc. Case No. 19-50309 (JKS) |
| Delton & Jean Christman, | Adv. Proc. Case No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | Adv. Proc. Case No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | Adv. Proc. Case No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | Adv. Proc. Case No. 19-50322 (JKS) |
| Janet V. Dues, | Adv. Proc. Case No. 19-50328 (JKS) |
| Dena Falkenstein, | Adv. Proc. Case No. 19-50329 (JKS) |
| Judy Karen Goodin, | Adv. Proc. Case No. 19-50330 (JKS) |
| Denis W. Hueth, | Adv. Proc. Case No. 19-50331 (JKS) |
| Christian Lester, | Adv. Proc. Case No. 19-50332 (JKS) |
| Jane Marshall, | Adv. Proc. Case No. 19-50335 (JKS) |
| Laurence J. Nakasone, | Adv. Proc. Case No. 19-50337 (JKS) |
| Blaine Phillips, | Adv. Proc. Case No. 19-50338 (JKS) |
| George Edward Sargent, | Adv. Proc. Case No. 19-50340 (JKS) |
| Jeff Schuster, | Adv. Proc. Case No. 19-50341 (JKS) |
| Jennifer Tom, | Adv. Proc. Case No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | Adv. Proc. Case No. 19-50343 (JKS) |
| Anita Bedoya & Julian Duran, | Adv. Proc. Case No. 19-50344 (JKS) |
| Ronald Cole, | Adv. Proc. Case No. 19-50346 (JKS) |
| Ronald Draper, | Adv. Proc. Case No. 19-50347 (JKS) |
| Lawrence J. Paynter, | Adv. Proc. Case No. 19-50351 (JKS) |
| Nannette Tibbitts, | Adv. Proc. Case No. 19-50353 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Clayton Nakasone,                                    Adv. Proc. Case No. 19-50832 (JKS)

        Defendants.

**NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO DEFENDANTS'
MOTION TO TEMPORARILY STAY THE PROSECUTION OF THEIR COMPLAINT
PENDING THE DETERMINATION OF DISTRIBUTIONS TO CLASS 3 NOTE
CLAIMANTS UNDER THE CONFIRMED PLAN**

**PLEASE TAKE NOTICE** that on May 10, 2021, the defendants (collectively, the "Defendants") in the above-captioned adversary proceedings (together, the "Adversary Proceedings") filed the *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaint Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* [Adv. Case No. 19-50308, Adv. Docket No. 58][2] (the "Stay Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that all briefing with respect to the Stay Motion has been completed. Below is a list of all relevant pleadings and respective docket numbers related to the Stay Motion:

I.      **Complaints and Answers:**

A. Adversary case 19-50308

1. *Complaint for Avoidance and Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Sylvan R. Jutte, Jeannette E. Jutte [Filed 8/26/19] (Docket No. 1)

2. *Answer* [Filed 10/4/19] (Docket No. 4)

B. Adversary case 19-50309

1. *Complaint for Avoidance and Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Brian D. Korkus, Robin L. Korkus [Filed 8/26/19] (Docket No. 1)

---

[2] The pleadings referenced herein have also been docketed in each of the above-captioned Adversary Proceedings.

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

C. Adversary case 19-50314.

   1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to §§ 544, 547, 548 & 550* by Michael Goldberg against Delton Christman, Jean Christman [Filed 8/26/19] ([Docket No. 1](#))

   2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

D. Adversary case 19-50317.

   1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to §§ 544, 547, 548 & 550* by Michael Goldberg against Floyd G Davis, Lavonne J. Davis [Filed 8/26/19] ([Docket No. 1](#))

   2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

E. Adversary case 19-50319.

   1. *Complaint for Avoidance and Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against George T. Iwahiro, Charlene M. Iwahiro [Filed 8/26/19] ([Docket No. 1](#))

   2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

F. Adversary case 19-50322.

   1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to §§ 544, 547, 548 & 550* by Michael Goldberg against Toomas Heinmets, Pamela Heinmets [Filed 8/26/19] ([Docket No. 1](#))

   2. *Answers* [Filed 9/27/19] ([Docket No. 4](#)); [Filed 10/4/19] ([Docket No. 5](#))

G. Adversary case 19-50328.

   1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Janet V. Dues [Filed 8/27/19] ([Docket No. 1](#))

   2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

H. Adversary case 19-50329.

   1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Dena Falkenstein [Filed 8/27/19] ([Docket No. 1](#))

   2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

DOCS_DE:235491.1 94811/003

I.  Adversary case 19-50330.

    1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Judy Karen Goodin [Filed 8/27/19] ([Docket No. 1](#))

    2.  *Answer* [Filed 10/4/19] ([Docket No. 4](#))

J.  Adversary case 19-50331.

    1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Dennis W. Hueth [Filed 8/27/19] ([Docket No. 1](#))

    2.  *Answer* [Filed 10/4/19] ([Docket No. 5](#))

K.  Adversary case 19-50332.

    1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Christian Lester [Filed 8/27/19] ([Docket No. 1](#))

    2.  *Answer* [Filed 10/4/19] ([Docket No. 4](#))

L.  Adversary case 19-50335.

    1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Jane Marshall [Filed 8/27/19] ([Docket No. 1](#))

    2.  *Answer* [Filed 10/4/19] ([Docket No. 4](#))

M.  Adversary case 19-50337.

    1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Laurence J. Nakasone [Filed 8/27/19] ([Docket No. 1](#))

    2.  *Answer* [Filed 10/4/19] ([Docket No. 4](#))

N.  Adversary case 19-50338.

    1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Blaine Phillips [Filed 8/27/19] ([Docket No. 1](#))

    2.  *Answer* [Filed 10/4/19] ([Docket No. 4](#))

O.  Adversary case 19-50340.

    1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by

Michael Goldberg against George Edward Sargent [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

P.  Adversary case 19-50341.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Jeff Schuster [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 5](#))

Q.  Adversary case 19-50342.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Jennifer Tom [Filed 8/27/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

R.  Adversary case 19-50343.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Anita Bedoya, Mark Bedoya [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/9/19] ([Docket No. 4](#))

S.  Adversary case 19-50344.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Anita Bedoya, Julian Duran [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/9/19] ([Docket No. 4](#))

T.  Adversary case 19-50346.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Ronald Cole [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/4/19] ([Docket No. 4](#))

U.  Adversary case 19-50347.

1. *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Ronald Draper [Filed 8/28/19] ([Docket No. 1](#))

2. *Answer* [Filed 10/9/19] ([Docket No. 4](#))

DOCS_DE:235491.1 94811/003

V.  Adversary case 19-50351.

1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Lawrence J. Paynter [Filed 8/28/19] (Docket No. 1)

2.  *Answer* [Filed 10/4/19] (Docket No. 4)

W.  Adversary case 19-50353.

1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548, & 550* by Michael Goldberg against Nannette Tibbitts [Filed 8/28/19] (Docket No. 1)

2.  *Answer* [Filed 10/4/19] (Docket No. 4)

X.  Adversary case 19-50832.

1.  *Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. Sections 544, 547, 548 & 550* by Michael Goldberg against Clayton Nakasone [Filed 11/18/19] (Docket No. 1)

2.  *Answer* [Filed 12/16/19] (Docket No. 4)

**II.  Stay Motion and Related Pleadings:**

1.  *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaint Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* [Filed 5/10/21]  (Adv. Case No. 19-50308, Adv. Docket No. 58)

2.  *Liquidation Trust's Objection to Defendants' Motion to Temporarily Stay the Prosecution of Their Complaint Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* [Filed 6/23/21] (Adv. Case No. 19-50308, Adv. Docket No. 69)

3.  *Reply to Liquidation Trust's Objection to Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* [Filed 7/14/21; Adv. Case No. 19-50308, Adv. Docket No. 72]

4.  *Request for Oral Argument* [Filed 7/21/21] (Adv. Case No. 19-50308, Adv. Docket No. 73).  The Liquidation Trust did not request oral argument.

DOCS_DE:235491.1 94811/003

Dated:   July 30, 2021              PACHULSKI STANG ZIEHL & JONES LLP
         Wilmington, Delaware

                                    */s/ Colin R. Robinson*
                                    Richard M. Pachulski (CA Bar No. 90073)
                                    Andrew W. Caine (CA Bar No. 110345)
                                    Bradford J. Sandler (DE Bar No. 4142)
                                    Colin R. Robinson (DE Bar No. 5524)
                                    919 North Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, DE 19899 (Courier 19801)
                                    Telephone: 302-652-4100
                                    Fax: 302-652-4400
                                    Email: rpachulski@pszjlaw.com
                                           acaine@pszjlaw.com
                                           bsandler@pszjlaw.com
                                           crobinson@pszjlaw.com

                                    -and-

                                    KTBS LAW LLP, *f/k/a Klee, Tuchin, Bogdanoff &
                                    Stern LLP*
                                    Kenneth N. Klee (*pro hac vice*)
                                    Michael L. Tuchin (*pro hac vice*)
                                    David A. Fidler (*pro hac vice*)
                                    Jonathan M. Weiss (*pro hac vice*)
                                    1801 Century Park East, 26th Floor
                                    Los Angeles, California 90067
                                    Tel:    (310) 407-4000
                                    Fax:    (310) 407-9090

                                    *Counsel to the Liquidation Trust*